Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-308-936

**Effective Date of Registration:**
June 22, 2022
**Registration Decision Date:**
July 18, 2022

---

## Title

**Title of Work:** Staying Alive

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 10, 2020
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Eduardo Andre Ely
  **Author Created:** 2-D artwork
  **Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Eduardo Andre Ely
Rua Jardim Europa 150E, Maria Goretti, Chapecó SC, Brazil

## Rights and Permissions

**Name:** Eduardo Andre Ely
**Email:** contato.eduely@gmail.com

## Certification

**Name:** David Denholm
**Date:** June 22, 2022
**Applicant's Tracking Number:** EE2022062209

---

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-308-923

**Effective Date of Registration:**
June 22, 2022
**Registration Decision Date:**
July 18, 2022

---

## Title

**Title of Work:** Death By Overthinking

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** July 26, 2021
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Eduardo Andre Ely
  **Author Created:** 2-D artwork
  **Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Eduardo Andre Ely
Rua Jardim Europa 150E, Maria Goretti, Chapecó SC, Brazil

## Rights and Permissions

**Name:** Eduardo Andre Ely
**Email:** contato.eduely@gmail.com

## Certification

**Name:** David Denholm
**Date:** June 22, 2022
**Applicant's Tracking Number:** EE2022062205

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-312-227

**Effective Date of Registration:**
June 22, 2022
**Registration Decision Date:**
August 05, 2022

---

## Title

**Title of Work:** Hail Lucipurr

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 02, 2020
**Nation of 1ˢᵗ Publication:** Brazil

## Author

- **Author:** Eduardo Andre Ely
  **Author Created:** 2-D artwork
  **Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Eduardo Andre Ely
Rua Jardim Europa 150E, Maria Goretti, Chapecó SC, Brazil

## Rights and Permissions

**Name:** Eduardo Andre Ely
**Email:** contato.eduely@gmail.com

## Certification

**Name:** David Denholm
**Date:** June 22, 2022
**Applicant's Tracking Number:** EE2022062203

---

Page 1 of 1

