**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Eduardo Andre Ely

                                          Plaintiff,

v.

                                          Case No.:
                                          1:26–cv–03771
                                          Honorable Charles P.
                                          Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 27, 2026:

      MINUTE entry before the Honorable Charles P. Kocoras: No Defendant has responded to Plaintiff's Motion for Entry of Default Judgment [32]. Plaintiff's Motion for Entry of Default Judgment [32] is granted as to certain defendants. Enter Default Judgment Order. A status report as to the remaining defendants is due by 6/26/2026. The ten thousand dollars ($10,000) surety bond posted by Ely is hereby released to Ely or Ely's counsel, JiangIP LLC., 33 West Jackson Boulevard, #2W, Chicago, Illinois, 60604. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Ely or Ely's counsel. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.