**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Eduardo Andre Ely, <br><br> *Plaintiff,* <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified on Schedule "A". <br><br> *Defendants.* | Case No.: 26-cv-3771 <br><br> Hon. Judge Charles P. Kocoras <br><br> Magistrate Judge Jeannice W. Appenteng |

## (UNOPPOSED) MOTION OF DEFENDANTS FOR EXTENSION OF TIME TO FILE ANSWER

NOW COMES Defendant of teachersgram (hereinafter referred to as "Defendant"), through the undersigned counsel, and respectfully requests that this Court extend the time to file a response to the Complaint. In support, Defendant states the following:

1. Plaintiff filed its Complaint on April 6, 2026. [Dkt. 1]

2. Defendant was ostensibly served with process on April 15, 2026. [Dkt. 26]

3. Defendant has filed its first unopposed Motion for extension of time to file Answer on May 12, 2026 [Dkt. 40], which has been granted by this court on May 12, 2026, extending the Answer's due date through June 11, 2026. [Dkt. 41].

4. Defendant has served the necessary data relating to Defendant's store and its accused product in accordance with the infringing evidence and requests received from Plaintiff on June 3, 2026, and is still negotiating with Plaintiff, including exchange offers, for a settlement agreement. As Defendant needs additional time to reach a final settlement with Plaintiff, Defendant requires a short additional time to respond to the Complaint. Defendant

submits that an extension will not materially prejudice Plaintiff and will help avoid unnecessary substantive motion practice.

5. The Defendant needs additional time to negotiating for final settlement, or if not,

6. This Court may, for good cause, extend the time by which defendants' response is due after the time has expired if the defendants failed to act because of excusable neglect. Fed. R. Civ. P. 6(b)(1)(B). "Under Rule 6(b)(1) as interpreted by case law, the term "good cause" imposes a light burden." *McCann v. Cullinan*, 2015 WL 4254226, at * 10 (N.D. Ill 2015), citing, 1 Moore's Federal Practice § 6.06 [2] p. 632 (Matthew Bender 3d ed. 2013); See, Sec. *Ins. Co. of Hartford v. Schipporeit, Inc.*, 69 F.3d 1377, 1381 (7th Cir. 1995), citing, *C.K.S. Eng'rs, Inc. v. White* Case: 1:23-cv-04608 Document #: 55 Filed: 10/25/23 Page 1 of 2 Page ID #:2731 Mountain Gypsum Co., 726 F.2d 1202, 1205 (7th Cir. 1984) ("[I]t is the policy of [the Seventh Circuit] to favor trials on the merits over default judgments."); See also, *Anderson v. Stanco Sports Library, Inc.*, 52 F.R.D. 108, 109 (D. S.C. 1971) (granting defendant's motion for an extension arguing that "judgment by default has not been entered. It is not contended that plaintiff would be prejudiced by the answer of the defendant and trial upon the merits. On the other hand, to enter default would deprive defendant of its day in court and preclude just determination of the question of liability.").

7. Defendant respectfully moves this Court to extend the date from the date of June 11, 2026, if ultimately necessary, by 30 days through July 10, 2026.

8. This motion has been filed in good faith and is not interposed for purposes of delay.

9. This is the second motion for an extension filed by Defendant in this case.

10. On June 8, 2026, Defendant requested whether Plaintiff would oppose an extension of time. On June 8, 2026, Plaintiff expressed that it does not oppose the motion.

**WHEREFORE**, for the foregoing reasons, Defendant respectfully requests that this Honorable Court enter an Order:

a) Extending the date on which Defendants' response to Plaintiff's Complaint is due to July 10, 2026.

Dated: June 10, 2026

Respectfully submitted,

*/s/    Ni Xue*

Ni Xue, Esq.
Kemet Law Group
1825 NW Corporate Blvd., Suite 110
Boca Raton, FL 33431
Tel.: (561) 870-0605
Email: nixuesydney@gmail.com,
       ni@kemetlawgroup.com

*Attorney for Defendant teachersgram*

MOTION OF DEFENDANTS FOR EXTENSION OF TIME TO FILE ANSWER                    3

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on June 10, 2026.


          /s/ *Ni Xue*