**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Eduardo Andre Ely

                    Plaintiff,

v.                                Case No.:
                                1:26–cv–03771
                                Honorable Charles P.
                                Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 10, 2026:

      MINUTE entry before the Honorable Charles P. Kocoras: Defendant teachersgram's second unopposed motion for an extension of time to file a responsive pleading [52] is granted. Defendant teachersgram must answer the complaint or otherwise plead by 7/10/2026. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.