**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Eduardo Andre Ely

                                        Plaintiff,

v.                                                          Case No.:
                                                            1:26–cv–03771
                                                            Honorable Charles P.
                                                            Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 17, 2026:

      MINUTE entry before the Honorable Jeannice W. Appenteng: Off–the–record telephone conference held 6/17/2026, in furtherance of settlement. As discussed, prior to the scheduling of a settlement conference the parties are to exchange pre–conference settlement letters. The required content of these letters can be found in the Court's Standing Order on Settlement Conferences, which is located on Judge Appenteng's webpage. Plaintiff's letter is due to defendant meoweirdo by 6/26/2026. Defendant meoweirdo's letter is due to plaintiff by 7/8/2026. Each party shall email a copy of its letter to the Court at Settlement_Correspondence_Appenteng@ilnd.usco urts.gov on the same day that it is provided to the opposing party. After considering the parties' settlement positions, Chambers staff will contact the parties with available dates for a full settlement conference or a preliminary attorneys–only conference. The parties are encouraged to continue their settlement discussions, including exchanging settlement positions and any material that would promote and facilitate settlement. Tracking status hearing set for 7/9/2026 at 8:30 a.m., for tracking purposes only (no appearance is required; the case will not be called). Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.