**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

EDUARDO ANDRE ELY,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-03771

Judge Charles P. Kocoras

Magistrate Judge Jeannice W. Appenteng

**STATUS REPORT**

Plaintiff, EDUARDO ANDRE ELY ("Plaintiff"), files this status report solely on behalf of Plaintiff pursuant to Minute Entry Order [49].

Plaintiff and Defendant No. 24 meoweirdo participated in an initial, off-the-record telephone conference with Magistrate Judge Jeannice W. Appenteng on June 17, 2026. *See* [55]. Plaintiff and Defendant are to exchange pre-settlement letters, after which the parties will participate in the settlement conference. *Id.*

Plaintiff and Defendant No. 19 teachersgram are currently discussing settlement terms. Defendant teachersgram has until July 10, 2026, to answer Plaintiff's complaint or otherwise plead. *See* [53]. Plaintiff will file appropriate documents if the parties are able to settle by that date.

1

DATED:  June 26, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail:  keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 26, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt