**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

EDUARDO ANDRE ELY,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-03771

Judge Charles P. Kocoras

Magistrate Judge Jeannice W. Appenteng

**<u>STATUS REPORT</u>**

Plaintiff, EDUARDO ANDRE ELY ("Plaintiff"), files this status report solely on behalf of Plaintiff pursuant to Minute Entry Order [57].

Plaintiff and Defendant No. 24 meoweirdo have reached a settlement in principle. Plaintiff has accepted Defendant No. 24's latest monetary offer to settle, and the parties are presently finalizing the written settlement agreement and terms. Plaintiff will file the appropriate dismissal papers as to Defendant No. 24 promptly upon execution of the agreement.

Plaintiff and Defendant No. 19 teachersgram have likewise reached a settlement resolving the claims between them. The parties are finalizing the settlement, and Plaintiff will file the appropriate dismissal papers as to Defendant No. 19 in due course.

2

DATED: July 15, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 15, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt

3