**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Eduardo Andre Ely

                        Plaintiff,

v.
                                   Case No.:
                                   1:26−cv−03771
                                   Honorable Charles P.
                                   Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 16, 2026:

      MINUTE entry before the Honorable Charles P. Kocoras:The Court has reviewed Plaintiff's status report [57], which indicates that the parties are in the process of finalizing the settlement agreement and preparing dismissal papers. If a stipulation of dismissal is not filed by 8/13/2026, a status report shall be due on that date. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.