**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Eduardo Andre Ely

                                 Plaintiff,

v.                                       Case No.:
                                       1:26−cv−03771
                                       Honorable Charles P.
                                       Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 27, 2026:

      MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has reviewed the parties' pre−conference settlement letters. The parties will receive a communication from the Court with dates for a remote video settlement conference. The 7/9/2026 tracking status hearing is stricken and reset to 8/3/2026 at 8:30 a.m., for tracking purposes only (no appearance is required; the case will not be called). Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.