**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

EDUARDO ANDRE ELY,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-03771

Judge Charles P. Kocoras

Magistrate Judge Jeannice W. Appenteng

**STATUS REPORT**

Plaintiff, EDUARDO ANDRE ELY ("Plaintiff") files this status report solely on behalf of Plaintiff pursuant to Minute Entry Order [59].

Plaintiff and Defendant No. 24 meoweirdo have settled in principle and are currently finalizing the terms of the agreement. The parties will file the appropriate joint notice of dismissal upon execution of the agreement.

Plaintiff and Defendant No. 19 teachersgram have settled and parties are currently waiting on PayPal to transfer the funds pursuant to the settlement agreement. The parties will file the appropriate joint notice of dismissal upon full execution of the terms of the agreement.

Plaintiff respectfully requests 45 days to file the appropriate joint notice of dismissal for the two defendants above, or to file another status report by that date.

1

DATED: August 13, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 13, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt

3