**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EDUARDO ANDRE ELY, | |
| Plaintiff, | Case No.: 1:26-cv-03771 |
| v. | Judge Charles P. Kocoras |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeannice W. Appenteng |
| Defendants. | |

# JOINT STATUS REPORT

Plaintiff, EDUARDO ANDRE ELY ("Plaintiff") and Defendant No. 24 meoweirdo ("Defendant", collectively "Parties") file this joint status report pursuant to Minute Entry Order [63].

Parties have settled and Plaintiff is currently waiting on Defendant to execute the terms pursuant to the agreement. The parties will file the appropriate joint notice of dismissal papers upon execution of the agreement. Parties respectfully request 30 days to file the appropriate joint notice of dismissal papers, or to file another status report by that date.

DATED: September 29, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 29, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt